# VULLINGS LAW GROUP, LLC

Attorneys At Law

3953 RIDGE PIKE
SUITE 102
COLLEGEVILLE, PENNSYLVANIA  19426
(610) 489-6060
(610) 489-1997 FAX

BRENT F. VULLINGS

Admitted in  PA, NJ, NY & DC

bvullings@vullingslaw.com

August 3, 2021

**VIA ECF**
Honorable Joseph F. Leeson, Jr
4000 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    David Snyder v. Trans Union, LLC, et. al.
               USDC, E.D. Pa., 5:21-cv-01796-JFL

Your Honor:

      Kindly be advised the above referenced matter has been recently settled as to Defendant Comenity Bank only. We are waiting for circulation of the necessary paperwork in order to finalize the settlement.

      Thank you for your time and consideration of this matter.

Sincerely,

Brent F. Vullings, Esq.

BFV:fc
cc:    Casey Green (via ECF)
         Taylor A. Decker (via ECF)

Letter to Honorable Joseph F. Leeson, Jr
August 3, 2021
Page 2 of 2

      Mohammad A. Ghiasuddin (via ECF)
      Jakob F. Williams (via ECF)
      Kyle E. Gray (via ECF)
      Carol Ann DiPrinzio (via ECF)
      Daniel J.T. Mckenna (via ECF)
      Elanor A. Mulhern (via ECF)
      Michael T. Etmund (via ECF)
      Blaec C. Croft (via ECF)
      Jenny Perkins (via ECF)
      Aaron M. Bender (via ECF)
      Rebecca E. Leonard (via ECF)