UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID SNYDER**<br>　　　Plaintiff<br><br>　　　vs.<br><br>**TRANS UNION, LLC, et. al.**<br>　　　Defendants | Case Number 5:21-cv-01796-JFL |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff, DAVID SNYDER, and the defendants, COMENITY BANK and COMENITY CAPITAL BANK, that the above entitled action is hereby dismissed with prejudice as to COMENITY BANK and COMENITY CAPITAL BANK, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Vullings Law Group, LLC

BY:   */s/ Brent F. Vullings*
　　　Brent F. Vullings, Esq.
　　　*Attorney for Plaintiff*
　　　*David Snyder*


Saul Ewing Arnstein & Lehr LLP

BY:   */s/ Kyle E. Gray*
　　　Kyle E. Gray, Esq.
　　　*Attorney for Defendants*
　　　*Comenity Bank &*
　　　*Comenity Capital Bank*


IT IS SO ORDERED.

/s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.,   J.
August 23, 2021