**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| DAVID SNYDER,<br>     Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; COMENITY BANK; AFFIRM, INC.; CAPITAL ONE, N.A.; CELTIC BANK; COMENITY CAPITAL BANK; CREDIT ONE FINANCIAL; FIRST PREMIER BANK; SYNCHRONY BANK; BANK OF MISSOURI; and TD BANK USA, N.A.;<br>     Defendants. | CASE NO. 5:21-cv-01796-JFL |

---

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

---

Plaintiff David Snyder ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union, LLC only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: __November 8, 2021__

*s/ Brent F. Vullings (with consent)*
Brent F. Vullings, Esq.
Vullings Law Group LLC
3953 Ridge Pike, Suite 102
Collegeville, PA  19426
Telephone:  (610) 489-6060
Fax:  (610) 489-1997
E-Mail:  bvullings@vullingslaw.com

*Counsel for Plaintiff David Snyder*

Date: November 8, 2021						*s/ Taylor A. Decker*
								Taylor A. Decker, Esq.  (IN #35687-53)
								   (admitted *Pro Hac Vice*)
								Schuckit & Associates, P.C.
								4545 Northwestern Drive
								Zionsville, IN  46077
								Telephone:  (317) 363-2400, Ext. 117
								Fax:  (317) 363-2257
								E-Mail:  tdecker@schuckitlaw.com

								*Lead Counsel for Defendant Trans Union, LLC*


								Casey B. Green, Esq.
								Sidkoff, Pincus & Green, P.C.
								1101 Market Street, Suite 2700
								Philadelphia, PA  19107
								Telephone:  (215) 574-0600
								Fax:  (215) 574-0310
								E-Mail:  cg@sidkoffpincusgreen.com

								*Local Counsel for Defendant Trans Union, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **8th day of November, 2021**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Brent F. Vullings, Esq. bvullings@vullingslaw.com | Elanor A. Mulhern, Esq. mulherne@ballardspahr.com |
| Daniel J.T. McKenna, Esq. mckennad@ballardspahr.com | Michael T. Etmund, Esq. mike.etmund@lawmoss.com |
| Blaec C. Croft, Esq. bcroft@mcguirewoods.com | Jenny N. Perkins, Esq. perkinsj@ballardspahr.com |
| David L. Hartsell, Esq. dhartsell@mcguirewoods.com | Rebecca E. Leonard, Esq. rleonard@rtjglaw.com |
| Aaron M. Bender, Esq. abender@reedsmith.com | John L. Kazmierczak, Esq. jkazmierczak@reedsmith.com |
| Susan E. Groh, Esq. sgroh@mcguirewoods.com | Samantha R. Millar, Esq. smillar@hinshawlaw.com |
| Dennis N. Lueck, Jr., Esq. dlueck@hinshawlaw.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **8th day of November, 2021**, properly addressed as follows:

| | |
|---|---|
| None. | |

*s/ Taylor A. Decker*
Taylor A. Decker, Esq.  (IN #35687-53)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400, Ext. 117
Fax:  (317) 363-2257
E-Mail:  tdecker@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*