**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID SNYDER** | : | |
| | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **TRANS UNION, LLC, et al** | : | **NO.:  21-cv-01796** |
| | : | |

## O R D E R

**AND NOW**, this   **8TH**    day of **NOVEMBER 2021**, in accordance with

the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is referred for reassignment

for settlement purposes from the calendar of the Honorable Henry S. Perkin,

United States Magistrate Judge, to the calendar of the Honorable Timothy R. Rice,

United States Magistrate Judge.

**FOR THE COURT:**

**JUAN R. SÁNCHEZ**
**Chief Judge**

**ATTEST:**

**KATE BARKMAN**
**Clerk of Court**