UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID SNYDER**<br>　　　**Plaintiff**<br><br>　　　vs.<br><br>**TRANS UNION, LLC, et. al.**<br>　　　**Defendants** | Case Number 5:21-cv-01796-JFL |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff, DAVID SNYDER, and the defendant, CREDIT ONE FINANCIAL, that the above entitled action is hereby dismissed with prejudice as to CREDIT ONE FINANCIAL, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Vullings Law Group, LLC

BY:　*/s/ Brent F. Vullings*_____
　　　Brent F. Vullings, Esq.
　　　*Attorney for Plaintiff*
　　　*David Snyder*


McGuireWoods LLP

BY:　*/s/ Blaec C. Croft*_____
　　　Blaec C. Croft, Esq.
　　　*Attorney for Defendant*
　　　*Credit One Financial*


IT IS SO ORDERED.

_____
　　　　　　　　　　　　　　　　J.