IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID SNYDER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC,; COMENITY BANK; AFFIRM, INC; CAPITAL ONE, N.A.; CELTIC BANK; COMENITY CAPITAL BANK; CREDIT ONE FINANCIAL; FIRST PREMIER BANK; SYNCHRONY BANK; BANK OF MISSOURI AND TD BANK USA, N.A., | : Civil Action No. 5:21-cv-01796-JFL |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT FIRST PREMIER BANK ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff David Snyder ("Plaintiff") and Defendant First Premier Bank ("First Premier"), by their undersigned counsel, hereby stipulate and agree that the claims raised by Plaintiff against First Premier in the above-captioned action are dismissed with each party to bear its own costs and attorney's fees.

So Stipulated this 8th day of December, 2021

| | |
|---|---|
| /s/ *Brent F. Vullings*_____ | /s/ *Jenny N. Perkins*_____ |
| Brent F. Vullings, Esq. | Jenny N. Perkins, Esquire |
| PA Attorney ID No. 92344 | PA Attorney ID No. 306498 |
| Vullings Law Group, LLC | Ballard Spahr LLP |
| 3953 Ridge Pike | 1735 Market Street, 51st Floor |
| Collegeville, PA 19426 | Philadelphia, PA 19103-7599 |
| Telephone: 610.489.6060 | Telephone: 215.864.8378 |
| Fax: 610.489.1997 | Facsimile: 215.864.8999 |
| bvullings@vullingslaw.com | perkinsj@ballardspahr.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *David Synder* | *First Premier Bank* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 8, 2021, I caused a true and correct copy of the attached Stipulation of Dismissal with Prejudice between Plaintiff and Defendant First Premier Bank Only to be served on all counsel of record via ECF:

Dated: December 8, 2021      */s/ Jenny N. Perkins*
                 Jenny N. Perkins