UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID SNYDER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | 5:21-cv-1796 |
| | : | |
| TRANS UNION, LLC, et al., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this **4th day of January, 2022,** it having been reported that the parties have settled the above-captioned action with regard to TD Bank USA, N.A., ONLY, pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE as to TD Bank USA, N.A., ONLY**, pursuant to agreement of counsel, without costs.  Pursuant to Rule 41.1(b), the Court will retain jurisdiction for ninety (90) days from the above date, for the purpose of enforcing the agreement.

KATE BARKMAN, Clerk of Court


By: /s/ Diane J. Abeles
    Diane J. Abeles, Civil Deputy Clerk
    The Honorable Joseph F. Leeson, Jr.
    Diane_J_Abeles@paed.uscourts.gov