UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID SNYDER**<br>    Plaintiff<br><br>vs.<br><br>**TRANS UNION, LLC, et. al.**<br>    Defendants | Case Number 5:21-cv-01796-JFL |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff, DAVID SNYDER, and the defendant, SYNCHRONY BANK, that the above entitled action is hereby dismissed with prejudice as to SYNCHRONY BANK, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Vullings Law Group, LLC

BY:   */s/ Brent F. Vullings*_____
      Brent F. Vullings, Esq.
      *Attorney for Plaintiff*
      *David Snyder*


Reed Smith

BY:   */s/ Aaron Bender*_____
      Aaron Bender, Esq.
      *Attorney for Defendant*
      *Synchrony Bank*


IT IS SO ORDERED.

_____
                                       J.