UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID SNYDER,<br><br>              Plaintiff,<br><br>   v.<br><br>TRANS UNION, LLC, et al.<br><br>              Defendants. | Civil Action No. 5:21-cv-01796-JFL |

## STIPULATION OF DISMISSAL

NOW COME Plaintiff David Snyder and Defendant The Bank of Missouri, by their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree that this matter shall be dismissed with prejudice as to The Bank of Missouri, each party to bear its own attorneys' fees and costs.

Dated: March 21, 2022            Respectfully submitted:

*/s/ Brent F. Vullings*                         */s/ Susan E. Groh*

Brent F. Vullings, Esq.                 David L. Hartsell (admitted *pro hac vice*)
Vullings Law Group                    Susan E. Groh (admitted *pro hac vice*)
                                               McGuireWoods LLP
*Attorney for Plaintiff David Snyder*     77 W. Wacker Drive, Suite 4100
                                                 Chicago, IL 60601
                                                 Tel: 312.849.8184
                                                 Email: dhartsell@mcguirewoods.com
                                                 Email: sgroh@mcguirewoods.com

                                                 *Attorneys for The Bank of Missouri*